377 A.2d 998

Kaplan et al. v. Fort Washington Inn Operating
Company et al., Appellants.

Argued June 20, 1977. Louis Lipschitz, with him Sidney M. DeAngelis, for appellants; Arthur Lefkoe, with him Wisler, Pearlstine, Talone, Craig & Garrity, for appellees.

Decree affirmed.